ACCEPTED
14-15-00380-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/30/2015 2:38:09 PM
CHRISTOPHER PRINE
CLERK

**No. 14-15-00380-CR**
In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

◆

**No. 1412198**
In the 230th District Court of
Harris County, Texas

◆

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/30/2015 2:38:09 PM

CHRISTOPHER A. PRINE
Clerk

**GUSTAVO ANDRES VASQUEZ**
*Appellant*

v.

**THE STATE OF TEXAS**
*Appellee*

◆

**STATE'S MOTION To EXTEND ABATEMENT**

◆

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, and files this motion to extend the abatement of this appeal to permit the trial court to submit findings of facts and conclusions of law on the voluntariness of appellant's statement. *See* TEX. CODE CRIM. PROC. art. 38.22. In support thereof the State presents the following:

1. In the 230rd district court of Harris County, Texas, cause 1412198, *the State of Texas v. Gustavo Andres Vasquez,* appellant, was convicted of murder on April 16, 2015.

2. He was assessed punishment of confinement for life in the Institutional Division of the Texas Department of Criminal Justice.

3. Prior to the jury trial, January 22, 2015, the court held a hearing on the defendant's motion to suppress his statement. The motion was denied.

4. Appellant filed his notice of appeal on April 1, 2015.

5. This Court abated the appeal on June 30, 2015, for the trial court to issue findings of fact and conclusions of law regarding the voluntariness of appellant's statement.

6. The facts relied upon to explain the need for this extension are:

The attorneys who handled the January 2015 motion to suppress, and are therefore aware of the facts and findings, are no longer assigned to the 230th District Court. One prosecutor, Lauren Bard, is out of the office until August 5, 2015. The other, Sarah Roberts, was in trial on an aggravated robbery the week of July 27, 2015 which consumed much, if not all, of her time. Accordingly, the State needs more time to present the court with their proposed findings of facts and conclusions of law.

WHEREFORE, the State prays that this Court will grant an extension of time until August 30, 2015.

Respectfully submitted,
/s/ Claire Morneau
**Claire Morneau**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6136
TBC No. 24079024

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following address on July 30, 2015:

Melissa Martin
Frances Bourliot
Public Defender's Office
1201 Franklin, 13th Floor
Houston, Texas 77002

/s/ Claire Morneau
**Claire Morneau**
Assistant District Attorney
Harris County, Texas

Date: July 30, 2015